LEOLA J. LEACHMAN, as Administratrix of the Estate of CECIL F. LEACHMAN, Deceased, Appellant, v. HUGH F. McGOLDRICK et al., Doing

Business as SEAFOOD TRANSPORTATION Co., et al., Respondents.— Pursuant to stipulation, appeal discontinued, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.